[No. 20,051. In Bank.—February 27, 1885.]

THE PEOPLE, RESPONDENT, *v.* LUCILIUS MILLER, APPELLANT.

CRIMINAL LAW—ACCOMPLICE—CHILD ACTING UNDER COERCION—EVIDENCE.— A child thirteen years of age, who assists in the commission of a felony, under the threats and coercion of another, is not an accomplice, and a conviction may be had upon his uncorroborated testimony.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order denying a new trial.

The defendant was convicted of the infamous crime against nature. The further facts are sufficiently stated in the opinion of the court.

*Chas. B. Darwin*, for Appellant.

*Attorney General Marshall*, for Respondent.

The COURT.—In this case it is contended that the complaining witness, a boy thirteen years old, was an accomplice, whose testimony required corroboration; and as he was not corroborated, the conviction of the defendant was erroneous. But the uncontradicted testimony of the boy shows that he acted under the threats and coercion of the defendant. He was, therefore, not an accomplice; and as the evidence in the case was sufficient to sustain the verdict, the judgment and order must be affirmed. It is so ordered.

Rehearing denied.